■ In the Matter of SHANE D. O'BRIEN, Appellant, v THOMAS DIXON, Respondent. [974 NYS2d 883]—Appeal from an order of the Family Court, Wyoming County (Michael F. Griffith, J.), entered September 20, 2012 in a proceeding pursuant to Family Court Act article 4. The order denied petitioner's written objections to an order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Sconiers and Whalen, JJ.

■ In the Matter of SHEILA A. GRIFFIN, Respondent, v LAMONT A. BARTON, JR., Appellant. [974 NYS2d 883]—Appeal from an order of the Family Court, Monroe County (John J. Rivoli, J.H.O.), entered February 21, 2012 in a proceeding pursuant to Family Court Act article 8. The order, among other things, directed respondent to stay away from petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Sconiers and Whalen, JJ.